KORSINSKY & KLEIN, LLP
Michael Korsinsky
2926 Avenue L
Brooklyn, NY 11210
Tel: 212-495-8133
Fax: 212-419-3893
Email: *mk@kklawfirm.com*
*Attorneys for CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

In re:  :  Case No. 19-12294

    ANTHONY J. BARTOLOMEO,  :  Chapter 7

                Debtor.  :

---------------------------------X

Crescent Electric Supply Company, Inc. of New York,  :

                Plaintiff,  :  Adv. Pro. No. 19-01328 (SCC)

-against-  :

ANTHONY J. BARTOLOMEO,  :

                Defendant.  :

---------------------------------X

## **STIPULATION AND ORDER**

      WHEREAS, Adversary Plaintiff Crescent Electric Supply Company, Inc. of New York (the "Plaintiff"), has commenced the above-captioned adversary proceeding against Debtor Anthony J. Bartolomeo (the "Defendant") by complaint dated July 30, 2019; and

      WHEREAS, pursuant to stipulation, Defendant filed a motion to dismiss the complaint pursuant to, *inter alia*, Fed.R.Civ.P. Rule 12(b)(6) as incorporated by Fed.R.Bankr.P. 7012 (the Motion to Dismiss") returnable on January 16, 2020;

      WHEREAS, the Plaintiff seeks to amend the adversarial complaint pursuant to

Fed.R.Civ.P. Rule 15 as incorporated by Fed.R.Bankr.P. 7015;

NOW, THEREFORE, it is stipulated and agreed by and between counsel for the Plaintiff and Defendant:

1. Plaintiff's time to file an amended complaint (the "Amended Complaint") is extended on consent of Defendant pursuant to Fed.R.Civ.P. rule 15(a)(2), as incorporated by Fed.R.Bankr.P. rule 7015 to January 31, 2020;

2. Defendant's Motion to Dismiss is withdrawn without prejudice to the filing of a similar motion with respect to the Amended Complaint. Nothing herein shall be construed as to create a default in pleading pursuant to Fed.R.Civ.P. rule 55, as made applicable to Fed.R.Bankr.P. rule 7055.

3. The Pre-Trial Conference in this matter is adjourned from January 16, 2020 to March 18, 2020 at 11:00 a.m.

Dated: Brooklyn, New York
December 30, 2019

Korsinsky & Klein, LLP
Attorneys for Plaintiff CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK

___/s/ Michael Korsinsky_____
By: Michael Korsinsky, Esq.
   Marc Illish, Esq.
2926 Avenue L
Brooklyn, New York 11210
(212)495-8133
mk@kklawfirm.com

Dated: White Plains, New York
December 30, 2019

Rattet PLLC
Attorneys for Anthony Bartolomeo

__/s/ James B. Glucksman _____
By: James B. Glucksman, Esq.
202 Mamaroneck Avenue
White Plains, NY 10601
Phone: (914) 381-7400
Fax: (914) 381-7406
jbglucksman@rattetlaw.com

SO ORDERED: January 2, 2020

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE