UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | : | |
|---|---|---|
| In re: | : | Case No. 19-12294 |
| | : | |
| ANTHONY J. BARTOLOMEO, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X | | |
| Crescent Electric Supply Company, Inc. of New York, | : : | |
| Plaintiff, | : | Adv. Pro. No. 19-01328 (SCC) |
| | : | |
| -against- | : | |
| | : | |
| ANTHONY J. BARTOLOMEO, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | |

## STIPULATION AND ORDER

WHEREAS, Adversary Plaintiff Crescent Electric Supply Company, Inc. of New York (the "Plaintiff"), has commenced the above-captioned adversary proceeding against Debtor Anthony J. Bartolomeo (the "Defendant") by complaint dated July 30, 2019; and

WHEREAS, pursuant to stipulation, Defendant filed a motion to dismiss the complaint pursuant to, *inter alia*, Fed.R.Civ.P. Rule 12(b)(6) as incorporated by Fed.R.Bankr.P. 7012 (the Motion to Dismiss") which was returnable on January 16, 2020;

WHEREAS, the Plaintiff seeks to amend the adversary complaint pursuant to Fed.R.Civ.P. Rule 15 as incorporated by Fed.R.Bankr.P. 7015;

NOW, THEREFORE, it is stipulated and agreed by and between counsel for the Plaintiff and Defendant:

1. Plaintiff's time to file an amended complaint (the "Amended Complaint") is extended

on consent of Defendant pursuant to Fed.R.Civ.P. Rule 15(a)(2) as incorporated by Fed.R.Bankr.P. Rule 7015 to April 30, 2020;

2. Defendant's Motion to Dismiss is withdrawn without prejudice to the filing of a similar motion with respect to the Amended Complaint. Nothing herein shall be construed as to create a default in pleading pursuant to Fed.R.Civ.P. Rule 55 as made applicable to Fed.R.Bankr.P. Rule 7055.

3. The Pre-Trial Conference in this matter is adjourned from April 21, 2020 to June 23, 2020 at 11:00 a.m.

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 5, 2020 | Dated: White Plains, New York<br>March 5, 2020 |
| Korsinsky & Klein, LLP<br>Attorneys for Plaintiff CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK | Rattet PLLC<br>Attorneys for Anthony Bartolomeo |
| __/s/ Marc Illish _____<br>By: Michael Korsinsky, Esq.<br>    Marc Illish, Esq.<br>2926 Avenue L<br>Brooklyn, New York 11210<br>(212)495-8133<br>mk@kklawfirm.com | __/s/ James B. Glucksman _____<br>By: James B. Glucksman, Esq.<br>202 Mamaroneck Avenue<br>White Plains, NY 10601<br>Phone: (914) 381-7400<br>Fax: (914) 381-7406<br>jbglucksman@rattetlaw.com |

SO ORDERED: March 9, 2020

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
U.S. BANKRUPTCY JUDGE