**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                  :
                                                        :
                                                        :
ANTHONY J. BARTOLOMEO,                                   :     Chapter 7
                                                        :     Case No. 19-12294 (LGB)
                                                        :
                              Debtor.                    :
------------------------------------------------------------x
CRESCENT ELECTRIC SUPPLY                                 :
COMPANY, INC. OF NEW YORK,                               :
                                                        :
                    Plaintiff,                           :
                                                        :     Adv. Pro. No. 19-01328 (LGB)
             - against -                                 :
                                                        :     Amended Second Adjournment
ANTHONY J. BARTOLOMEO,                                   :      of Pre-Trial Conference
                                                        :
                    Defendant.                           :
------------------------------------------------------------x

It is hereby ORDERED as follows:

1.  The pre-trial conference that was adjourned to December 14, 2021 at 10:00 am is further adjourned to December 15, 2021 at 10:00 am.

2.  The parties cannot amend this order by stipulation or otherwise, and the Court will not amend it unless presented with good cause and timely application as soon as possible.

Dated:    October 19, 2021
          New York, New York

                                        **/s/ Lisa G. Beckerman**
                                        HON. LISA G. BECKERMAN
                                        U.S. BANKRUPTCY JUDGE